UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-21720 |
| RES-COMM ROOFING, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING SPECIAL COUNSEL COMPENSATION

THIS MATTER coming before the Court on the Motion of Alex D. Moglia, Trustee, for Approval of Special Counsel Compensation, due and proper notice having been given, the Court having reviewed the pleadings and hereby being fully advised in the premises,

IT IS ORDERED:

1. Compensation is approved to Special Counsel, Peckar & Abramson, in the amount of $6,332.70 and the Trustee is authorized to disburse said amount upon entry of this Order; and

2. This Court retains jurisdiction for enforcement of this Order.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 07, 2014

**Prepared by:**

Elizabeth A. Bates
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
630-510-0000
ebates@springerbrown.com