UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RES-COMM ROOFING, INC.  § Case No. 11-21720-TAB
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 23, 2011. The undersigned trustee was appointed on May 23, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       44,403.75

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 300.33 |
| Bank service fees | 3,410.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 40,693.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/31/2013 and the deadline for filing governmental claims was 12/31/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,190.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,190.38, for a total compensation of $5,190.38.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $121.58, for total expenses of $121.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2018     By: /s/ALEX D. MOGLIA
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/23/11 (f)  
**§341(a) Meeting Date:** 07/06/11

**Period Ending:** 01/23/18

**Claims Bar Date:** 12/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Charter One Account | 200.00 | 200.00 | | 0.00 | FA |
| 2 | First Midwest Account | 200.00 | 200.00 | | 0.00 | FA |
| 3 | One check from the IRS for $300.00 | 300.00 | 300.00 | | 300.00 | FA |
| 4 | General Business Insurance through Assurance Age | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Pension Fund for employees | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Heritage Harbor | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7 | Pasquinelli Homes (In bankrutpcy so value consid | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Neuman Homes (In bankrutpcy so value considered | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Lawsuit against J. Lawrence Homes | 18,144.90 | 18,144.90 | | 0.00 | FA |
| 10 | Lawsuit against Toll Brothers | 41,516.22 | 41,516.22 | | 35,382.00 | FA |
| 11 | Business License | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 6 Computers | 200.00 | 200.00 | | 0.00 | FA |
| 13 | Check from J. Dunneback for T Andrews - IOLTA  (u) | 0.00 | 0.00 | | 40.84 | FA |
| 14 | Chicago Title and Trust Co.  (u) | 0.00 | 0.00 | | 8,680.40 | FA |
| 15 | Wesley's Flooring Inc  (u) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.51 | Unknown |
| 16 | **Assets Totals** (Excluding unknown values) | **$63,561.12** | **$63,561.12** | | **$44,403.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT PREPARATION.

FINAL REPORT SUBMITTED TO US TRUSTEE FOR REVIEW AND FILING.

**Initial Projected Date Of Final Report (TFR):**     July 15, 2015          **Current Projected Date Of Final Report (TFR):**     September 25, 2017

Printed: 01/23/2018 10:59 AM     V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-21720-TAB
**Case Name:** RES-COMM ROOFING, INC.

**Taxpayer ID #:** **-***7060
**Period Ending:** 01/23/18

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******63-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/11 | {10} | Toll Bros.,Inc. | Retainage Rels | 1149-000 | 5,544.00 | | 5,544.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,544.02 |
| 09/30/11 | | The Bank of New York Mellon | FEDERAL BUW FOR 09/30/2011 20110930 posting | 2810-000 | | 0.01 | 5,544.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,519.01 |
| 10/28/11 | {3} | United States Treasury | Refund | 1124-000 | 300.00 | | 5,819.01 |
| 10/28/11 | {13} | James Dunneback | Refund | 1229-000 | 40.84 | | 5,859.85 |
| 10/28/11 | {14} | Chicago Title and Trust Company | Release of escrow funds | 1221-000 | 2,849.64 | | 8,709.49 |
| 10/28/11 | {10} | Toll Brothers, Inc. | ACCOUNTS RECEIVABLE | 1149-000 | 10,838.00 | | 19,547.49 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 19,547.53 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,522.53 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,522.68 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.86 | 19,481.82 |
| 12/20/11 | | To Account #**********6366 | funds to pay blanket bond | 9999-000 | | 500.00 | 18,981.82 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,981.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.68 | 18,942.29 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,942.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.40 | 18,901.04 |
| 02/17/12 | {14} | Chicago Title and Trust Company | Refund Buyer Jason Miley property 321 chief court / release of escrow | 1221-000 | 2,555.11 | | 21,456.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.83 | 21,417.32 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.88 | 21,373.44 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.33 | 21,331.11 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.08 | 21,283.03 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.15 | 21,240.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.42 | 21,194.46 |
| 08/16/12 | {15} | Wesley's Flooring Inc. | Huson Homes settlement payment | 1241-000 | ! 2,000.00 | | 23,194.46 |
| 08/16/12 | {15} | Wesley's Flooring Inc. | Reversed Deposit 100004 1 Huson Homes settlement payment | 1241-000 | -2,000.00 | | 21,194.46 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.87 | 21,149.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.44 | 21,109.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.57 | 21,061.58 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.15 | 21,018.43 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 21,018.43 | 0.00 |

Subtotals : $22,128.10 $22,128.10

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 01/23/2018 10:59 AM     V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63-65 - Checking Account

**Taxpayer ID #:** **-***7060  
**Period Ending:** 01/23/18

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 22,128.10 | 22,128.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,518.43 | |
| | | | **Subtotal** | | 22,128.10 | 609.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,128.10** | **$609.67** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 01/23/2018 10:59 AM     V.13.32

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63-67 - Money Market Account

**Taxpayer ID #:** **-***7060  
**Period Ending:** 01/23/18

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/23/2018 10:59 AM   V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******63-66 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/23/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/11 | | From Account #**********6365 | funds to pay blanket bond | 9999-000 | 500.00 | | 500.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #11-21720, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 36.00 | 464.00 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #11-21720, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -36.00 | 500.00 |
| 02/21/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #11-21720, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 148.31 | 351.69 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 351.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | 500.00 | 351.69 | |
| | | | **Subtotal** | | **0.00** | **148.31** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$148.31** | |

{} Asset reference(s)                                                                                              Printed: 01/23/2018 10:59 AM    V.13.32

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/23/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,018.43 | | 21,018.43 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.60 | 20,989.83 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 20,956.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.59 | 20,927.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.57 | 20,897.92 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 20,865.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.49 | 20,833.87 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.40 | 20,805.47 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.42 | 20,772.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 20,741.71 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 20,712.42 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.28 | 20,679.14 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 20,650.96 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.13 | 20,617.83 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.07 | 20,586.76 |
| 02/20/14 | {10} | Toll Brothers, Inc. | A/R settlement | 1149-000 | 19,000.00 | | 39,586.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 39,552.36 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.35 | 39,497.01 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.00 | 39,436.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.09 | 39,378.92 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.11 | 39,323.81 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.63 | 39,261.18 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.94 | 39,206.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.54 | 39,145.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.56 | 39,087.14 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.93 | 39,036.21 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.05 | 38,972.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.42 | 38,915.74 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.58 | 38,863.16 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.02 | 38,803.14 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.17 | 38,746.97 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.20 | 38,692.77 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.72 | 38,633.05 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.76 | 38,575.29 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.96 | 38,521.33 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.46 | 38,461.87 |
| | | | Subtotals : | | $40,018.43 | $1,556.56 | |

{} Asset reference(s)     Printed: 01/23/2018 10:59 AM   V.13.32

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.  

**Taxpayer ID #:** **-***7060  
**Period Ending:** 01/23/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.65 | 38,406.22 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.72 | 38,352.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.05 | 38,291.45 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.42 | 38,238.03 |
| 02/10/16 | {14} | Chicago Title and Trust Co. | Approved settlement / release of escrow | 1249-000 | 3,275.65 | | 41,513.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.69 | 41,457.99 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.77 | 41,392.22 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.68 | 41,334.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.61 | 41,276.93 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.47 | 41,211.46 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.44 | 41,154.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.27 | 41,088.75 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.24 | 41,029.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.18 | 40,972.33 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.02 | 40,909.31 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.98 | 40,850.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.99 | 40,787.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.03 | 40,732.31 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.83 | 40,671.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.86 | 40,616.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.57 | 40,552.05 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.61 | 40,493.44 |
| | | | **ACCOUNT TOTALS** | | 43,294.08 | 2,800.64 | **$40,493.44** |
| | | | Less: Bank Transfers | | 21,018.43 | 0.00 | |
| | | | **Subtotal** | | 22,275.65 | 2,800.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,275.65** | **$2,800.64** | |

{} Asset reference(s) 

Printed: 01/23/2018 10:59 AM    V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5267 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/23/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 351.69 | | 351.69 |
| 01/23/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-21720 | 2300-000 | | 2.86 | 348.83 |
| 03/21/13 | 10104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-21720 | 2300-000 | | 24.11 | 324.72 |
| 11/13/13 | 10105 | Corporation Service Company | Invoice 81101344766, 81101344768, 81101344770 & 81101344773 | 3992-000 | | 33.25 | 291.47 |
| 02/28/14 | 10106 | INTERNATIONAL SURETIES, LTD | Blanket bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 31.94 | 259.53 |
| 03/30/15 | 10107 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 24.13 | 235.40 |
| 03/02/16 | 10108 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 25.62 | 209.78 |
| 03/02/16 | 10108 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -25.62 | 235.40 |
| 03/02/16 | 10109 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 21.05 | 214.35 |
| 02/13/17 | 10110 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #11-21720 | 2300-000 | | 14.67 | 199.68 |

|  |  |  |  |  |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 351.69 | 152.01 | $199.68 |
| | Less: Bank Transfers | | 351.69 | 0.00 | |
| | **Subtotal** | | **0.00** | **152.01** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$152.01** | |

{} Asset reference(s)

Printed: 01/23/2018 10:59 AM    V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5267 - Checking Account

**Taxpayer ID #:** **-***7060  
**Period Ending:** 01/23/18

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 44,403.75 | | | | |
| | | Net Estate : | $44,403.75 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******63-65 | 22,128.10 | 609.67 | 0.00 |
| MMA # ****-******63-67 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******63-66 | 0.00 | 148.31 | 0.00 |
| Checking # ******5266 | 22,275.65 | 2,800.64 | 40,493.44 |
| Checking # ******5267 | 0.00 | 152.01 | 199.68 |
| | $44,403.75 | $3,710.63 | $40,693.12 |

{} Asset reference(s)

Printed: 01/23/2018 10:59 AM    V.13.32

# Claims Register

## Case: 11-21720-TAB   RES-COMM ROOFING, INC.

Claims Bar Date:   12/31/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>05/23/11 |  | $5,190.38<br>$5,190.38 | $0.00 | $5,190.38 |
|  | PECKAR & ABRAMSON, PC<br>30 NORTH LASALLE STREET<br>SUITE 4126<br>CHICAGO, IL 60602<br><3210-60   Special Counsel for Trustee Fees>,  200 | Admin Ch.  7<br>05/23/11 | DOCKET #47 ALLOWING COMP., PLUS DKT. NO. 68 ALLOWING COMP. | $7,424.58<br>$7,424.58 | $0.00 | $7,424.58 |
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>05/23/11 |  | $121.58<br>$121.58 | $0.00 | $121.58 |
|  | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>05/23/11 |  | $18,629.00<br>$18,629.00 | $0.00 | $18,629.00 |
|  | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>05/23/11 |  | $364.12<br>$364.12 | $0.00 | $364.12 |
|  | CLERK OF THE UNITED STATES BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>7TH FLOOR<br>CHICAGO, IL 60604<br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | Admin Ch.  7<br>05/23/11 | DEFERRED FILING FEE IN ADVERSARY 14-00395 VS. SANDTON | $350.00<br>$350.00 | $0.00 | $350.00 |
| 1 | Sandton Credit Opportunities Master Fund II, LP<br>C/O Deborah S. Ashen, Esq.<br>217 N. Jefferson St., Ste. 601<br>Chicago, IL 60661<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/07/11 |  | $355,135.44<br>$355,135.44 | $0.00 | $355,135.44 |

# Claims Register

## Case: 11-21720-TAB   RES-COMM ROOFING, INC.

Claims Bar Date:  12/31/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino,Scalambrino & Arnoff, LLP,One North LaSalle Street, Su Chicago, IL 60602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/15/12 | | $159,192.17 $159,192.17 | $0.00 | $159,192.17 |
| 3 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 <5800-00   Claims of Governmental Units>,  570 | Priority 08/22/12 | DISALLOWED AS DUPLICATIVE - SEE DKT. NO. 78 | $84,362.99 $0.00 | $0.00 | $0.00 |
| 4 | Sandton Credit Opportunities Master Fund II, LP,ASHEN FAULKNER, Ltd.,217 N. Jefferson Ste. 601 Chicago, IL 60661 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 10/11/13 | SEE DOCKET #55 DISALLOWING AS SECURED AND UNSECURED CLAIM. | $360,518.94 $0.00 | $0.00 | $0.00 |
| 5 | Trustees of the Will County Local 174 Carpenters Fringe Benefit Funds,c/o Gregory Hose, Arnold and Kadjan,203 N. L Chicago, IL 60601 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/14/13 | | $79,042.75 $79,042.75 | $0.00 | $79,042.75 |
| 6 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/11/13 | | $10,203.84 $10,203.84 | $0.00 | $10,203.84 |
| 7 | Bradco Supply Corp n/k/a ABC Supply Co. Inc.,Lauren Newman, Thompson Coburn,55 E Monroe St 3 Chicago, IL 60603 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/31/13 | | $989,017.72 $989,017.72 | $0.00 | $989,017.72 |
| 8 | ABC Supply Co., Inc Lauren Newman, Thompson Coburn LLP 55 E. Monroe St., 37th Fl. Chicago, IL 60603 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/31/13 | | $161,772.75 $161,772.75 | $0.00 | $161,772.75 |

# Claims Register

## Case: 11-21720-TAB    RES-COMM ROOFING, INC.

Claims Bar Date:  12/31/13

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9P | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604<br>&lt;5800-00   Claims of Governmental Units&gt;,  570 | Priority<br>07/28/16 | SEE DKT. NO. 78. | $124,815.93<br>$124,815.93 | $0.00 | $124,815.93 |
| 9S | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;,  100 | Secured<br>07/28/16 | SET-OFF AGAINST OVER PAYMENTS DUE DEBTOR AND HELD BY IRS - SEE DKT. NO. 78 | $3,821.99<br>$0.00 | $0.00 | $0.00 |
| 9U | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>07/28/16 | SEE DKT. NO. 78. | $62,914.00<br>$62,914.00 | $0.00 | $62,914.00 |
| | | | **Case Total:** | | **$0.00** | **$1,974,174.26** |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 11-21720-TAB
Case Name: RES-COMM ROOFING, INC.
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**     $     40,693.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Sandton Credit Opportunities | 360,518.94 | 0.00 | 0.00 | 0.00 |
| 9S | Internal Revenue Service | 3,821.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     40,693.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 5,190.38 | 0.00 | 5,190.38 |
| Trustee, Expenses - ALEX D. MOGLIA | 121.58 | 0.00 | 121.58 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 18,629.00 | 0.00 | 18,629.00 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 364.12 | 0.00 | 364.12 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Fees: PECKAR & ABRAMSON, PC | 7,424.58 | 0.00 | 7,424.58 |

Total to be paid for chapter 7 administration expenses:     $     32,079.66
Remaining balance:     $     8,613.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     8,613.46

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $124,815.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9P | Internal Revenue Service | 124,815.93 | 0.00 | 8,613.46 |
| | Total to be paid for priority claims: | | $ | 8,613.46 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,817,278.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Sandton Credit Opportunities Master Fund II, LP | 355,135.44 | 0.00 | 0.00 |
| 2 | Chicago Regional Council of Carpenters | 159,192.17 | 0.00 | 0.00 |
| 5 | Trustees of the Will County Local | 79,042.75 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 10,203.84 | 0.00 | 0.00 |
| 7 | Bradco Supply Corp | 989,017.72 | 0.00 | 0.00 |
| 8 | ABC Supply Co., Inc | 161,772.75 | 0.00 | 0.00 |
| 9U | Internal Revenue Service | 62,914.00 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**