**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RES-COMM ROOFING, INC.                            § Case No. 11-21720-TAB
                                                                                    §
                                                                                    §
                                                                                    §
Debtor(s)                                                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $21,744.90 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,685.76 | Claims Discharged Without Payment: $1,933,408.84 |
| Total Expenses of Administration: $35,717.99 | |

3) Total gross receipts of $ 44,403.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $44,403.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $364,340.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,790.29 | 35,717.99 | 35,717.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 209,178.92 | 124,815.93 | 8,685.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,817,278.67 | 1,817,278.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,426,588.81 | $1,977,812.59 | $44,403.75 |

4) This case was originally filed under Chapter 7 on May 23, 2011. The case was pending for 83 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2018          By: /s/ALEX D. MOGLIA
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| One check from the IRS for $300.00 | 1124-000 | 300.00 |
| Lawsuit against Toll Brothers | 1149-000 | 35,382.00 |
| Check from J. Dunneback for T Andrews - IOLTA | 1229-000 | 40.84 |
| Chicago Title and Trust Co. | 1221-000 | 8,680.40 |
| Interest Income | 1270-000 | 0.51 |
| **TOTAL GROSS RECEIPTS** | | **$44,403.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Sandton Credit Opportunities | 4110-000 | N/A | 360,518.94 | 0.00 | 0.00 |
| 9S | Internal Revenue Service | 4110-000 | N/A | 3,821.99 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$364,340.93** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 5,190.38 | 5,190.38 | 5,190.38 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 121.58 | 49.28 | 49.28 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - PECKAR & ABRAMSON, PC | 3210-600 | N/A | 7,424.58 | 7,424.58 | 7,424.58 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 18,629.00 | 18,629.00 | 18,629.00 |
| Other - SPRINGER BROWN LLC | 3220-000 | N/A | 364.12 | 364.12 | 364.12 |
| Other - The Bank of New York Mellon | 2810-000 | N/A | 0.01 | 0.01 | 0.01 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 40.86 | 40.86 | 40.86 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 39.68 | 39.68 | 39.68 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 41.40 | 41.40 | 41.40 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 148.31 | 148.31 | 148.31 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 38.83 | 38.83 | 38.83 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 43.88 | 43.88 | 43.88 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 42.33 | 42.33 | 42.33 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 48.08 | 48.08 | 48.08 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 42.15 | 42.15 | 42.15 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 46.42 | 46.42 | 46.42 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 44.87 | 44.87 | 44.87 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 40.44 | 40.44 | 40.44 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 47.57 | 47.57 | 47.57 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 43.15 | 43.15 | 43.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.60 | 28.60 | 28.60 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.86 | 2.86 | 2.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.75 | 33.75 | 33.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| Other - International Sureties, LTD | 2300-000 | N/A | 24.11 | 24.11 | 24.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.57 | 29.57 | 29.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.56 | 32.56 | 32.56 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.49 | 31.49 | 31.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.40 | 28.40 | 28.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.42 | 33.42 | 33.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.34 | 30.34 | 30.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.29 | 29.29 | 29.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.28 | 33.28 | 33.28 |
| Other - Corporation Service Company | 3992-000 | N/A | 33.25 | 33.25 | 33.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.18 | 28.18 | 28.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.13 | 33.13 | 33.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.07 | 31.07 | 31.07 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 31.94 | 31.94 | 31.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.40 | 34.40 | 34.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.35 | 55.35 | 55.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.00 | 61.00 | 61.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.09 | 57.09 | 57.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.11 | 55.11 | 55.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.63 | 62.63 | 62.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.94 | 54.94 | 54.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.54 | 60.54 | 60.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.56 | 58.56 | 58.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.93 | 50.93 | 50.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.05 | 64.05 | 64.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.42 | 56.42 | 56.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.58 | 52.58 | 52.58 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 24.13 | 24.13 | 24.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.02 | 60.02 | 60.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.17 | 56.17 | 56.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.20 | 54.20 | 54.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.72 | 59.72 | 59.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.76 | 57.76 | 57.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.96 | 53.96 | 53.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.46 | 59.46 | 59.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.65 | 55.65 | 55.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.72 | 53.72 | 53.72 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.05 | 61.05 | 61.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.42 | 53.42 | 53.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.69 | 55.69 | 55.69 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 21.05 | 21.05 | 21.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.77 | 65.77 | 65.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.68 | 57.68 | 57.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.61 | 57.61 | 57.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.47 | 65.47 | 65.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.44 | 57.44 | 57.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.27 | 65.27 | 65.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.24 | 59.24 | 59.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.18 | 57.18 | 57.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.02 | 63.02 | 63.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.98 | 58.98 | 58.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.99 | 62.99 | 62.99 |
| Other - International Sureties, LTD | 2300-000 | N/A | 14.67 | 14.67 | 14.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.03 | 55.03 | 55.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.83 | 60.83 | 60.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.86 | 54.86 | 54.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.57 | 64.57 | 64.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.61 | 58.61 | 58.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,790.29 | $35,717.99 | $35,717.99 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | N/A | 84,362.99 | 0.00 | 0.00 |
| 9P | Internal Revenue Service | 5800-000 | N/A | 124,815.93 | 124,815.93 | 8,685.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $209,178.92 | $124,815.93 | $8,685.76 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sandton Credit Opportunities Master Fund II, LP | 7100-000 | N/A | 355,135.44 | 355,135.44 | 0.00 |
| 2 | Chicago Regional Council of Carpenters | 7100-000 | N/A | 159,192.17 | 159,192.17 | 0.00 |
| 5 | Trustees of the Will County Local | 7100-000 | N/A | 79,042.75 | 79,042.75 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 10,203.84 | 10,203.84 | 0.00 |
| 7 | Bradco Supply Corp | 7100-000 | N/A | 989,017.72 | 989,017.72 | 0.00 |
| 8 | ABC Supply Co., Inc | 7100-000 | N/A | 161,772.75 | 161,772.75 | 0.00 |
| 9U | Internal Revenue Service | 7100-000 | N/A | 62,914.00 | 62,914.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,817,278.67 | $1,817,278.67 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21720-TAB  **Trustee:** (330260) ALEX D. MOGLIA
**Case Name:** RES-COMM ROOFING, INC.  **Filed (f) or Converted (c):** 05/23/11 (f)
 **§341(a) Meeting Date:** 07/06/11
**Period Ending:** 04/27/18  **Claims Bar Date:** 12/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Charter One Account | 200.00 | 200.00 | | 0.00 | FA |
| 2 | First Midwest Account | 200.00 | 200.00 | | 0.00 | FA |
| 3 | One check from the IRS for $300.00 | 300.00 | 300.00 | | 300.00 | FA |
| 4 | General Business Insurance through Assurance Age | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Pension Fund for employees | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Heritage Harbor | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7 | Pasquinelli Homes (In bankrutpcy so value consid | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Neuman Homes (In bankruptcy so value considered | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Lawsuit against J. Lawrence Homes | 18,144.90 | 18,144.90 | | 0.00 | FA |
| 10 | Lawsuit against Toll Brothers | 41,516.22 | 41,516.22 | | 35,382.00 | FA |
| 11 | Business License | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 6 Computers | 200.00 | 200.00 | | 0.00 | FA |
| 13 | Check from J. Dunneback for T Andrews - IOLTA  (u) | 0.00 | 0.00 | | 40.84 | FA |
| 14 | Chicago Title and Trust Co.  (u) | 0.00 | 0.00 | | 8,680.40 | FA |
| 15 | Wesley's Flooring Inc  (u) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.51 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$63,561.12** | **$63,561.12** | | **$44,403.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

FILING AND APPROVAL OF TRUSTEE'S DISTRIBUTION REPORT.

FILING AND APPROVAL OF TRUSTEE'S DISTRIBUTION REPORT.

**Initial Projected Date Of Final Report (TFR):**   July 15, 2015   **Current Projected Date Of Final Report (TFR):**   February 2, 2018  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******63-65 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/11 | {10} | Toll Bros.,Inc. | Retainage Rels | 1149-000 | 5,544.00 | | 5,544.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,544.02 |
| 09/30/11 | | The Bank of New York Mellon | FEDERAL BUW FOR 09/30/2011 20110930 posting | 2810-000 | | 0.01 | 5,544.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,519.01 |
| 10/28/11 | {3} | United States Treasury | Refund | 1124-000 | 300.00 | | 5,819.01 |
| 10/28/11 | {13} | James Dunneback | Refund | 1229-000 | 40.84 | | 5,859.85 |
| 10/28/11 | {14} | Chicago Title and Trust Company | Release of escrow funds | 1221-000 | 2,849.64 | | 8,709.49 |
| 10/28/11 | {10} | Toll Brothers, Inc. | ACCOUNTS RECEIVABLE | 1149-000 | 10,838.00 | | 19,547.49 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 19,547.53 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,522.53 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,522.68 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.86 | 19,481.82 |
| 12/20/11 | | To Account #**********6366 | funds to pay blanket bond | 9999-000 | | 500.00 | 18,981.82 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,981.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.68 | 18,942.29 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,942.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.40 | 18,901.04 |
| 02/17/12 | {14} | Chicago Title and Trust Company | Refund Buyer Jason Miley property 321 chief court / release of escrow | 1221-000 | 2,555.11 | | 21,456.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.83 | 21,417.32 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.88 | 21,373.44 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.33 | 21,331.11 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.08 | 21,283.03 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.15 | 21,240.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.42 | 21,194.46 |
| 08/16/12 | {15} | Wesley's Flooring Inc. | Huson Homes settlement payment | 1241-000 | ! 2,000.00 | | 23,194.46 |
| 08/16/12 | {15} | Wesley's Flooring Inc. | Reversed Deposit 100004 1 Huson Homes settlement payment | 1241-000 | -2,000.00 | | 21,194.46 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.87 | 21,149.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.44 | 21,109.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.57 | 21,061.58 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.15 | 21,018.43 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 00010330260088 20121220 | 9999-000 | | 21,018.43 | 0.00 |

| | | Subtotals : | $22,128.10 | $22,128.10 |
|---|---|---|---|---|

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 04/27/2018 01:31 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-21720-TAB | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | RES-COMM ROOFING, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******63-65 - Checking Account |
| **Taxpayer ID #:** | **-***7060 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/27/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 22,128.10 | 22,128.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,518.43 | |
| | | | **Subtotal** | | 22,128.10 | 609.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,128.10** | **$609.67** | |

{} Asset reference(s)   !-Not printed or not transmitted

Printed: 04/27/2018 01:31 PM   V.13.32

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63-67 - Money Market Account  

**Taxpayer ID #:** **-***7060  
**Period Ending:** 04/27/18  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/27/2018 01:31 PM    V.13.32

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******63-66 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/11 | | From Account #**********6365 | funds to pay blanket bond | 9999-000 | 500.00 | | 500.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #11-21720, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 36.00 | 464.00 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #11-21720, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -36.00 | 500.00 |
| 02/21/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #11-21720, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 148.31 | 351.69 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 351.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | 500.00 | 351.69 | |
| | | | **Subtotal** | | **0.00** | **148.31** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$148.31** | |

{} Asset reference(s)                                                                                    Printed: 04/27/2018 01:31 PM    V.13.32

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 11-21720-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RES-COMM ROOFING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***7060 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,018.43 | | 21,018.43 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.60 | 20,989.83 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 20,956.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.59 | 20,927.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.57 | 20,897.92 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 20,865.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.49 | 20,833.87 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.40 | 20,805.47 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.42 | 20,772.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 20,741.71 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 20,712.42 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.28 | 20,679.14 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 20,650.96 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.13 | 20,617.83 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.07 | 20,586.76 |
| 02/20/14 | {10} | Toll Brothers, Inc. | A/R settlement | 1149-000 | 19,000.00 | | 39,586.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 39,552.36 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.35 | 39,497.01 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.00 | 39,436.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.09 | 39,378.92 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.11 | 39,323.81 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.63 | 39,261.18 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.94 | 39,206.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.54 | 39,145.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.56 | 39,087.14 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.93 | 39,036.21 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.05 | 38,972.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.42 | 38,915.74 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.58 | 38,863.16 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.02 | 38,803.14 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.17 | 38,746.97 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.20 | 38,692.77 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.72 | 38,633.05 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.76 | 38,575.29 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.96 | 38,521.33 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.46 | 38,461.87 |
| | | | Subtotals : | | $40,018.43 | $1,556.56 | |

{} Asset reference(s)                                                                                        Printed: 04/27/2018 01:31 PM    V.13.32

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Taxpayer ID #:** **-***7060  
**Period Ending:** 04/27/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.65 | 38,406.22 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.72 | 38,352.50 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.05 | 38,291.45 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.42 | 38,238.03 |
| 02/10/16 | {14} | Chicago Title and Trust Co. | Approved settlement / release of escrow | 1249-000 | 3,275.65 | | 41,513.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.69 | 41,457.99 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.77 | 41,392.22 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.68 | 41,334.54 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.61 | 41,276.93 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.47 | 41,211.46 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.44 | 41,154.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.27 | 41,088.75 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.24 | 41,029.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.18 | 40,972.33 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.02 | 40,909.31 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.98 | 40,850.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.99 | 40,787.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.03 | 40,732.31 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.83 | 40,671.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.86 | 40,616.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.57 | 40,552.05 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.61 | 40,493.44 |
| 03/07/18 | 11001 | SPRINGER BROWN LLC | per order awarding attorney's compensation filed 3/7/18 | 3210-000 | | 18,629.00 | 21,864.44 |
| 03/07/18 | 11002 | SPRINGER BROWN LLC | per order awarding attorney's expenses | 3220-000 | | 364.12 | 21,500.32 |
| 03/16/18 | | From Account #******5267 | Final distribution | 9999-000 | 199.68 | | 21,700.00 |
| 03/16/18 | 11003 | PECKAR & ABRAMSON, PC | Dividend paid 100.00% on $7,424.58, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 7,424.58 | 14,275.42 |
| 03/16/18 | 11004 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 13,925.42 |
| 03/16/18 | 11005 | Internal Revenue Service | BANKRUPTCY CASE11-21720 ,RES-COMM ROOFING, INC. DIVIDEND ON ALLOWED CLAIM # 9P of 6.95% | 5800-000 | | 8,685.76 | 5,239.66 |
| 03/16/18 | 11006 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | | | 5,239.66 | 0.00 |

Subtotals :  $3,475.33  $41,937.20

{} Asset reference(s)

Printed: 04/27/2018 01:31 PM    V.13.32

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.  
**Taxpayer ID #:** **-***7060  
**Period Ending:** 04/27/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | INTEREST | | | | |
| | | | Dividend paid 100.00% 5,190.38 on $5,190.38; Claim# ; Filed: $5,190.38 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 49.28 on $49.28; Claim# ; Filed: $121.58 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,493.76 | 43,493.76 | $0.00 |
| | | | Less: Bank Transfers | | 21,218.11 | 0.00 | |
| | | | **Subtotal** | | 22,275.65 | 43,493.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,275.65** | **$43,493.76** | |

{} Asset reference(s)             Printed: 04/27/2018 01:31 PM    V.13.32

Exhibit 9

## Form 2

Page: 8

### Cash Receipts And Disbursements Record

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.

**Taxpayer ID #:** **-***7060  
**Period Ending:** 04/27/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5267 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 351.69 | | 351.69 |
| 01/23/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-21720 | 2300-000 | | 2.86 | 348.83 |
| 03/21/13 | 10104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-21720 | 2300-000 | | 24.11 | 324.72 |
| 11/13/13 | 10105 | Corporation Service Company | Invoice 81101344766, 81101344768, 81101344770 & 81101344773 | 3992-000 | | 33.25 | 291.47 |
| 02/28/14 | 10106 | INTERNATIONAL SURETIES, LTD | Blanket bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 31.94 | 259.53 |
| 03/30/15 | 10107 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 24.13 | 235.40 |
| 03/02/16 | 10108 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 25.62 | 209.78 |
| 03/02/16 | 10108 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -25.62 | 235.40 |
| 03/02/16 | 10109 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #11-21720, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 21.05 | 214.35 |
| 02/13/17 | 10110 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #11-21720 | 2300-000 | | 14.67 | 199.68 |
| 03/16/18 | | To Account #******5266 | Final distribution | 9999-000 | | 199.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 351.69 | 351.69 | **$0.00** |
| | | | Less: Bank Transfers | | 351.69 | 199.68 | |
| | | | **Subtotal** | | **0.00** | **152.01** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$152.01** | |

{} Asset reference(s)

Printed: 04/27/2018 01:31 PM   V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 11-21720-TAB  
**Case Name:** RES-COMM ROOFING, INC.  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5267 - Checking Account  

**Taxpayer ID #:** **-***7060  
**Period Ending:** 04/27/18  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 44,403.75 | | | | |
| | | Net Estate : | $44,403.75 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******63-65 | 22,128.10 | 609.67 | 0.00 |
| MMA # ****-******63-67 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******63-66 | 0.00 | 148.31 | 0.00 |
| Checking # ******5266 | 22,275.65 | 43,493.76 | 0.00 |
| Checking # ******5267 | 0.00 | 152.01 | 0.00 |
| | $44,403.75 | $44,403.75 | $0.00 |

{} Asset reference(s)

Printed: 04/27/2018 01:31 PM    V.13.32